Commonwealth *v.* Banks, Appellant.

Submitted December 12, 1969. *Kenneth S. Harris,* for appellant; *Brian E. Appel,* As-

780

sistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.